BRAD S. DANIELS, OSB No. 025178
brad.daniels@stoel.com
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON ASSOCIATION OF HOSPITALS AND HEALTH SYSTEMS, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF OREGON; OREGON HEALTH AUTHORITY; and DR. SEJAL HATHI, in her official capacity as Director of Oregon Health Authority, <br><br> Defendants. | Case No.: 3:22-cv-01486-SI <br><br> **PLAINTIFF'S NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Oregon Association of Hospitals and Health Systems, doing business as Hospital Association of Oregon, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's

/ / /

/ / /

Page 1 –   PLAINTIFF'S NOTICE OF APPEAL
123559533.2 0076593-00001

Opinion and Order (ECF No. 48), dated May 16, 2024, and Judgment (ECF No. 49), dated May 20, 2024.

DATED: June 18, 2024                     STOEL RIVES LLP

                                                        s/ Brad S. Daniels
BRAD S. DANIELS, OSB No. 025178
brad.daniels@stoel.com
NATHAN R. MORALES, OSB No. 145763
nathan.morales@stoel.com

Attorneys for Plaintiff

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

**Appellant**

Name of Party:

    Oregon Association of Hospitals and Health Systems

Name of counsel:

    Brad S. Daniels, OSB No. 025178
    Nathan R. Morales, OSB No. 145763
    STOEL RIVES LLP
    760 SW Ninth Avenue, Suite 3000
    Portland, OR 97205
    Telephone: 503.224.3380
    Email: brad.daniels@stoel.com
    Email: nathan.morales@stoel.com
    (Counsel are registered for electronic filing in the Ninth Circuit)


**Appellees**

Name of Party:

State of Oregon, Oregon Health Authority, and Dr. Sejal Hathi, in her official capacity as Director of Oregon Health Authority

Name of counsel:

    Sara D. Van Loh, OSB No. 044398
    Youngwoo Joh, OSB No. 164105
    Department of Justice
    100 SW Market Street
    Portland, OR 97201
    Telephone: (971) 673-1880
    Email: sara.van.loh@doj.state.or.us
    Email: youngwoo.joh@doj.state.or.us